**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ELIZABETH GRAUPMAN, as Administratrix of the Estate of LYNN M. McKERNAN, | CIVIL ACTION NO. 3:12-1438 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| WAYNE S. KICHAR, and CERMINARO CONSTRUCTION COMPANY, INC., | |
| Defendants. | |

**ORDER**

**NOW**, this 27th day of July, 2012, **IT IS HEREBY ORDERED** that Plaintiff Elizabeth Graupman, as Administratrix of the Estate of Lynn M. McKernan, is given leave to file an amended complaint within **twenty-one (21) days** from the date of this order.  If Plaintiff fails to do so, the action will be dismissed.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge